```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
EL SAYYID NOSAIR,               :
                                :
              Petitioner,       :
                                :
         v.                     :
                                :
UNITED STATES OF AMERICA        :      Related To:
                                :      93 Cr. 181 (MBM)
              Respondent.       :
-------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/12

LORETTA A. PRESKA, Chief United States District Judge:

On August 21, 2012, this Court issued an order denying Petitioner El Sayyid Nosair's ("Petitioner") motion for reconsideration of Judge Richard J. Holwell's January 12, 2012 Memorandum Opinion and Order denying Petitioner's request pursuant to 28 U.S.C. § 2255 for relief from his convictions for murder, seditious conspiracy, and other crimes. [dkt. no. 50.]

This Order is to clarify that no further filings will be accepted in this case except those directed to the United States Court of Appeals for the Second Circuit and that because the Petitioner made no substantial showing of a denial of a constitutional right [see id.], a certificate of appealability will not issue, 28 U.S.C. § 2253.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose

of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   New York, New York
         September 19, 2012

*Loretta A. Preska*
LORETTA A. PRESKA
Chief U.S. District Judge

2