IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2021 NOV 22 PM 2:58

CIVIL NO. 1:00-CV-8383
CRIMINAL NO. 93-CR-181 (PKC)

EL SAYYID NOSAIR,
  PETITIONER,
V.
UNITED STATES OF AMERICA,
  RESPONDENT.

CIVIL NO. 1:00-CV-8383
MOTION FOR APPOINTMENT OF COUNSEL

*Judge's handwritten order:* The request for counsel is denied. The facts of Mr. Nosair's case are straightforward, and he has done a good job of setting them out. The government may respond no later than January 7; Mr. Nosair may reply no later than January 28, 2022.

November 23, 2021
SO ORDERED
Loretta A. Preska
United States District Judge

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, THE PETITIONER EL SAYYID NOSAIR, PRO SE, AND RESPECTFULLY MOVES THIS COURT FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THIS CASE. IN SUPPORT OF THIS MOTION, PETITIONER STATES:

1. PETITIONER IS UNABLE TO AFFORD COUNSEL.

2. PETITIONER'S IMPRISONMENT IS GREATLY LIMITING HIS ABILITY TO LITIGATE:
   A. USP BIG SANDY IS STILL UNDER MODIFIED OPERATIONS UNDER COVID-19;
   B. ALSO, BESIDE THE LIMITED LEGAL RESOURCES AT USP BIG SANDY, THIS MODIFIED OPERATIONS STATUS IS LIMITING PETITIONER GREATLY FROM DOING HIS LEGAL RESEARCH AND WORK;
   C. WHILE THE RESPONDENT (THE GOVERNMENT) ALREADY HAD FILED ITS "OPPOSITION..." IN COURT ON NOVEMBER 5, 2021, PETITIONER JUST RECEIVED ITS COPY ON NOVEMBER 15, 2021 (TEN DAYS LATER), WHICH PUTS PETITIONER IN A VERY SHORT TIME FOR RESPONDING TO THE GOVERNMENT. ALSO PETITIONER DID NOT RECEIVED UNTIL TODAY FROM THE COURT'S CLERK OFFICE A COPY OF THE COURT'S ORDER DATED OCTOBER 6, 2021 ⊛

3. PETITIONER DOES NOT HAVE FULL COPIES OF THE TRIAL TRANSCRIPTS, NOR COPIES OF HIS APPEAL, NOR FULL COPIES OF HIS INDICTMENT AND THE SENTENCE AS WELL AS THE "PSR" THE PRESENTENCE INVESTIGATION REPORT, IN ORDER TO RESPOND TO THE GOVERNMENT'S OPPOSITION;

-1-

⊛ I JUST LEARNED ABOUT IT AFTER READING THE GOVERNMENT'S "OPPOSITION..." RESPONSE!

4. IN THIS DISTRICT COURT, IN <u>UNITED STATES OF AMERICA, v. ANDREW RAMSAY</u>, 2021 U.S. DIST. LEXIS 89741, 96-cr-1098 (JSR), MAY 11, 2021, FILED. <u>RAMSAY</u> WAS CONVICTED OF MURDER IN AID OF RACKETEERING, AND THE COURT IMPOSED THE SENTENCE OF LIFE IMPRISONMENT. IN THIS COURT, <u>RAMSAY</u> FILED A MOTION FOR SENTENC REDUCTION, FOR COMPASSIONATE RELEASE UNDER EXTRAORDINARY AND COMPELING REASONS, 18 U.S.C. § 3553(a)(1), AND HIS MOTION WAS GRANTED BY JUDGE JED S. RAKOFF, U.S.D.J., ON MAY 11, 2021.

PETITIONER HERE WAS ALSO SENTENCED, SIMILAR TO <u>RAMSAY</u>, TO LIFE IMPRISONMENT, FOR MURDER IN AID OF RACKETEERING. PETITIONER, RESPECTFULLY, REQUEST HIM GRANT TO APPOINT OF COUNSEL SO HE CAN FAIRLY RESPOND TO THE GOVERNMENT, AND BECAUSE HE HAD NINE LONG MONTHS TRIAL, DURING 1995, WHICH IS "THE GOVERNMENT'S RESPONSE IS MIXING PETITIONER'S CONVICTION WITH HIS CO-DEFENDANTS." 5. PETITIONER, RESPECTFULLY, REQUESTS THAT THIS COURT APPOINTS HIS TRIAL LAWYER <u>ANDREW PATEL</u>, WHO HAS FAMILIABILITY IN THE CASE. THAT WILL SAVE LOTS OF MONEY AND TIME ON THE COURT'S PART. FOR THE CASE WAS LONG AND COMPLEX, AND PATEL IS FAMILIAR WITH THE CASE.

WHEREFORE, PETITIONER, REPECTFULLY, REQUESTS, THAT THE COURT GRANTS HIS MOTION, AND APPOINT MR. PATEL AS COUNSEL. RESPECTFULLY SUBMITTED,

DATE: 11-16-2021

*/s/ Nosair*

EL SAYYID NOSAIR, PRO SE,
REG. # 35074-054
USP BIG SANDY, P.O. BOX 2068
INEZ, KY, 41224

DECLARATION:
I, EL SAYYID NOSAIR, PRO SE, HEREBY DECLARES UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Date: 11-16-2021   Signature / *Nosair*
EL SAYYID NOSAIR

## DECLARATION OF SERVICE

I, EL SAYYID NOSAIR, PRO SE, Reg.# 35074-054, at USP-Big Sandy, P.O. Box 2068, Inez, KY. 41224, declare under penalty of perjury that on 11-16-2021, I mailed out, with paid USPS First Class stamps, by placing "Motion for Appointment of Counsel" copies, in the internal mailing system provided to inmates at USP-Big Sandy to the following name and address:

Mr. DAMIAN WILLIAMS, US Attorney
by: Michael Lockard, AUSA
US Attorney's Office, SDNY
One Saint Andrew Plaza,
New York, N.Y. 10007

Executed on: 11-16-2021

Respectfully Submitted

Nosair

EL SAYYID NOSAIR, PRO SE
Reg.# 35074-054
USP Big Sandy
PO Box 2068
Inez, KY 41224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF 'MOTION FOR APPOINTMENT OF COUNSEL' WAS SERVED UPON THE CLERK OF THE COURT ON THIS NOVEMBER 16, 2021, BY PLACING SAID SAME IN THE INTERNAL MAILING SYSTEM PROVIDED TO INMATES AT U.S.P. BIG SANDY, PROPER POSTAGE ATTACHED THERETO.

DATE: 11-16-2021

BY CERTIFIED LEGAL USPS MAIL:

TRACKING # 7017 1070 0001 8754 4282

Respectfully Submitted

Nosair

EL SAYYID NOSAIR, PRO SE
Reg. # 35074-054
USP-Big Sandy,
P.O. Box 2068
Inez, KY 41224

Date: 11-16-2021

To: Clerk of the Court, Pro Se Office
US District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

From: El Sayyid Nosair, Reg. # 35074-054
USP Big Sandy, PO Box 2068, Inez, KY 41224

Re: Motion For Appointment of Counsel

Dear Sir/Madam,

Greetings. Enclosed is a copy of "Motion For Appointment of Counsel". Also, enclosed copies of "Certificate of Service" and "Declaration of Service". Thanks.

Respectfully,

Nosair

El Sayyid Nosair



UNITED STATES PENITENTIARY BIG SANDY
P.O. BOX 2067, INEZ, KY 41224
The enclosed letter was processed through
special mailing procedures for forwarding to you.
If the writer raises a question over jurisdiction
of this facility, you may wish to return for
clarification. If writer encloses correspondence to
another addressee, please return. DATE:

RECEIVED
SDNY PRO SE OFFICE
2021 NOV 22 PM 1:13